# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**TODD CAGER**                                                        **PETITIONER**

v.                                                  **No. 1:20-cv-00175-SA-DAS**

**LEE COUNTY DETENTION CENTER**                       **RESPONDENT(S)**

## ORDER

Todd Cager has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 27th day of August, 2020.

                                                       /s/ DAVID A. SANDERS
                                                       UNITED STATES MAGISTRATE JUDGE