IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TODD CAGER**                                                                                              **PETITIONER**

**v.**                                                                               **No. 1:20CV175-SA-DAS**

**LEE COUNTY DETENTION CENTER**                                             **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice as procedurally defaulted.

**SO ORDERED**, this, the 11th day of August, 2021.

                                                                   /s/ Sharion Aycock
                                                                   U. S. DISTRICT JUDGE