IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TODD CAGER                                                               PETITIONER

v.                                                            No. 1:20CV175-SA-DAS

LEE COUNTY DETENTION CENTER                                              RESPONDENT

ORDER DISMISSING PETITIONER'S MOTION [5]
FOR COLLATERAL RELIEF AS MOOT

This matter comes before the court on the motion [5] by the petitioner for collateral relief. In his motion, the petitioner re-urges arguments he made before the state trial court challenging various aspects of his convictions and sentences. In light of the court's memorandum opinion and final judgment dismissing the instant petition for a writ of *habeas corpus* as procedurally defaulted, the instant motion [5] is **DISMISSED** as moot.

**SO ORDERED**, this, the 11th day of August, 2021.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE